## 240                    SEWARD v. SPENCER.

THOMAS McCRAITH, *Appellant, v.* THE NATIONAL MOHAWK VALLEY BANK, *Respondent.* — Judgment reversed, and a new trial ordered, costs to abide the event. Opinion by SMITH, P. J.

JAMES GILLIES and others, *Appellants, v.* LARRY LEWIS and WILLIAM H. CARTER, *Respondents.* — Judgment affirmed. Opinion by DWIGHT, J.

HARLO HAKES, *Appellant, v.* JOHN W. ROBERTS, *Respondent.* — Order reversed, and new trial ordered, costs to abide the event. Opinion by DWIGHT, J.

LUKE MARVIN, *Respondent, v.* JOSEPH MEDBERY, *Appellant.* — Judgment reversed, and new trial ordered, costs to abide the event. Opinion by SMITH, J.; DWIGHT, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error, v.* THOMAS SWAN, *Plaintiff in Error.* — Conviction and judgment reversed, and new trial ordered in the Court of Sessions of Ontario county, and proceedings remitted to that court. Opinion by HARDIN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GEORGE H. PRICE, *Supervisor, etc., Appellant, v.* JOHN S. FOWLER and others, *State Assessors, Respondents.* — Order appealed from affirmed, with costs. Opinion by HARDIN, J.

KATHARINE P. CHAMBERLIN and others, *Executors, etc., Respondents, v.* DOROTHA ROHR and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. DWIGHT, J., not sitting.

DENNIS MAHONEY, *as Administrator, etc., Respondent, v.* THE CITY OF BUFFALO, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, P. J.

CHARLES STEBBINS, *Appellant, v.* ALBERT P. BENNETT, *Respondent, Impleaded,* with others. — Judgment affirmed, with costs. Mem. by DWIGHT, J.

JOHN J. LANDERS, *Respondent, v.* THE FRANK STREET METHODIST EPISCOPAL CHURCH OF ROCHESTER, *Appellant.* — Judgment affirmed. Mem. by SMITH, P. J.; DWIGHT, J., not sitting.

FRIEND S. ESMOND, *Appellant, v.* GEORGE M. WALLING, *Respondent.* — Judgment affirmed on opinion of RUMSEY, J., delivered at circuit.

ALMERIN DUNHAM, *Appellant, v.* THE TRUSTEES OF THE VILLAGE OF CANANDAIGUA, *Respondent.* — Judgment and order affirmed. Opinion by HARDIN, J.

FRANK H. GOODYEAR and others, *Respondents, v.* BENJAMIN W. PAYNE, and others, *Appellants.* — Judgment and order affirmed. Mem. by MULLIN, P. J.

WILLIAM R. SEWARD, *Trustee, etc.,* and others, *Respondents, v.* BURRALL SPENCER and others, *Appellants.* — Judgment affirmed, with costs. Opinion by SMITH, J.